HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAYNE LEVINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PARK PLACE MEDIA, LLC, a Washington company,<br><br>Defendant. | No. 2:22-cv-289-JCC<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR: April 07. 2022 |

Plaintiff Wayne Levinson and Defendant Park Place Media, LLC ("Park Place Media") stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), Park Place time to answer or otherwise respond to Wayne Levinson's Complaint, see Dkt. No. 1, shall be extended to May 12, 2022. Accordingly, both parties respectfully request that the Court sign the attached proposed order that extends the time for Park Place Media to answer or otherwise respond to the Complaint to May 12, 2022.

IT IS SO STIPULATED by and between the parties.

STIPULATION FOR EXTENSION OF TIME AND
[PROPOSED] ORDER - 1
No. 2:22-cv-289-JCC

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

134390.0001/8942684.1

1  DATED: April 7, 2022

3  LANE POWELL PC                           ERIC R. DRALUCK

5  By *s/ Callie A. Castillo*                By *s/ Eric R. Draluck*
   Callie Castillo, WSBA No. 38214            Eric R. Draluck, WSBA No. 19881
   Priya Vivian, WSBA No. 51802               271 Winslow Way E., #11647
   1420 Fifth Avenue, Suite 4200              Bainbridge Island, WA 98110
   P.O. Box 91302                             eric@dralucklaw.com
   Seattle, WA 98111                        Attorney for Plaintiff
   castilloc@lanepowell.com
   vivianp@lanepowell.com
   Attorney for Defendant

## [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Park Place Media to answer or otherwise respond to Wayne Levinson's Complaint shall be extended to May 12, 2022.

DATED this 8th day of April 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER - 2
No. 2:22-cv-289-JCC

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

134390.0001/8942684.1

1 | Presented by:
2 | LANE POWELL PC
3 | *s/ Callie A. Castillo*
4 | Callie Castillo, WSBA No. 38214
  | Priya Vivian, WSBA No. 51802
5 | 1420 Fifth Avenue, Suite 4200
  | P.O. Box 91302
6 | Seattle, WA 98111
  | castilloc@lanepowell.com
7 | vivianp@lanepowell.com

Ryan D. Watstein
*pro hac vice forthcoming*
KABAT CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
(404) 400-7300
rwatstein@kcozlaw.com

Paul A. Grammatico
*pro hac vice forthcoming*
KABAT CHAPMAN & OZMER LLP
333 S. Grand Ave., Suite 2225
Los Angeles, California 90071
(213) 493-3988
pgrammatico@kcozlaw.com

Attorneys for Defendant Park Place Media, LLC

ERIC R. DRALUCK

By *s/ Eric R. Draluck*
Eric R. Draluck, WSBA No. 19881
271 Winslow Way E., #11647
Bainbridge Island, WA 98110
eric@dralucklaw.com

Avi R. Kaufman*
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com
*Attorneys for Plaintiff and the putative Class*

*Pro Hac Vice motion forthcoming

STIPULATION FOR EXTENSION OF TIME AND
[PROPOSED] ORDER - 3
No. 2:22-cv-289-JCC

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

134390.0001/8942684.1