The Honorable John C. Coughenour

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **WAYNE LEVINSON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PARK PLACE MEDIA, LLC,** a Washington company,<br><br>*Defendant.* | Case No. 2:22-cv-00289-JCC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Plaintiff Wayne Levinson and Defendant Park Place Media, LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

So stipulated.

Respectfully Submitted,

Dated: July 6, 2022

ERIC R. DRALUCK

By: s/ *Eric R. Draluck*

**STIPULATION OF DISMISSAL,** Page **1** of **4**

**Eric R. Draluck**
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

1  WSBA # 19881
   271 Winslow Way E., #11647
2  Bainbridge Island, WA 98110
   Telephone 206-605-1424
3  Email: eric@dralucklaw.com

4  Avi R. Kaufman
   *admitted pro hac vice*
5  KAUFMAN P.A.
   237 South Dixie Highway, Floor 4
6  Coral Gables, FL 33133
   Telephone: (305) 469-5881
7  kaufman@kaufmanpa.com

8  *Attorneys for Plaintiff and the putative Class*

9  LANE POWELL PC

10 By: *s/ Callie A. Castillo*
   Callie A. Castillo, WSBA No. 38214
11 Priya Vivian, WSBA No. 51802
   LANE POWELL PC
12 1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
13 Seattle, WA 98111
   castilloc@lanepowell.com
14 vivianp@lanepowell.com

15 KABAT CHAPMAN & OZMER LLP

16 By: *s/ Paul A. Grammatico*
   Paul A. Grammatico
17 *admitted pro hac vice*
   KABAT CHAPMAN & OZMER LLP
18 333 S. Grand Ave., Suite 2225
   Los Angeles, California 90071
19 (213) 493-3988
   (404) 400-7333 (fax)
20 pgrammatico@kcozlaw.com

21 Ryan D. Watstein
   *admitted pro hac vice*
22 KABAT CHAPMAN & OZMER LLP
   171 17th Street NW, Suite 1550
23 Atlanta, Georgia 30363
   (404) 400-7300
24 (404) 400-7333 (fax)

**STIPULATION OF DISMISSAL,** Page **2** of **4**

rwatstein@kcozlaw.com

*Attorneys for Defendant Park Place Media, LLC*

# [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

This action is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this _____ day of _____, 2022.

_____
The Honorable John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

ERIC R. DRALUCK

By: s/ *Eric R. Draluck*
WSBA # 19881
271 Winslow Way E., #11647
Bainbridge Island, WA 98110
Telephone 206-605-1424
Email: eric@dralucklaw.com

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*

LANE POWELL PC

By: s/ *Callie A. Castillo*
Callie A. Castillo, WSBA No. 38214
Priya Vivian, WSBA No. 51802
LANE POWELL PC
1420 Fifth Avenue, Suite 4200

**STIPULATION OF DISMISSAL,** Page **3** of **4**

Eric R. Draluck
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424

1  P.O. Box 91302
   Seattle, WA 98111
2  castilloc@lanepowell.com
   vivianp@lanepowell.com
3
   KABAT CHAPMAN & OZMER LLP
4
   By: *s/ Paul A. Grammatico*
5  Paul A. Grammatico
   *admitted pro hac vice*
6  KABAT CHAPMAN & OZMER LLP
   333 S. Grand Ave., Suite 2225
7  Los Angeles, California 90071
   (213) 493-3988
8  (404) 400-7333 (fax)
   pgrammatico@kcozlaw.com
9
   Ryan D. Watstein
10 *admitted pro hac vice*
   KABAT CHAPMAN & OZMER LLP
11 171 17th Street NW, Suite 1550
   Atlanta, Georgia 30363
12 (404) 400-7300
   (404) 400-7333 (fax)
13 rwatstein@kcozlaw.com

14 *Attorneys for Defendant Park Place Media, LLC*

**STIPULATION OF DISMISSAL,** Page **4** of **4**

**Eric R. Draluck**
WSBA #19881
271 Winslow Way E., Ste. 11647
Bainbridge Island, WA 98110
206-605-1424